# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JANET AND SCOTT BRUNERMER, | : | No. 286 WAL 2023 |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| APOLLO BOROUGH, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| JANET AND SCOTT BRUNERMER, | : | No. 287 WAL 2023 |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| APOLLO BOROUGH, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| JANET AND SCOTT BRUNERMER, | : | No. 288 WAL 2023 |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| APOLLO BOROUGH, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| JANET AND SCOTT BRUNERMER, | : | No. 289 WAL 2023 |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |

APOLLO BOROUGH,           :
:
Respondent       :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.